CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DON W. MCKINNEY, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00028 |
| v. | ) <br> ) <br> ) | **ORDER** |
| COMMONWEALTH OF <br> VIRGINIA, et al., <br> Defendants. | ) <br> ) <br> ) | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This _____ day of January, 2011.

_____
Senior United States District Judge